UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61916-CIV-ZLOCH

RANDON P. CAMPBELL a/k/a
RANDY CAMPBELL,

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

BROWARD SHERIFF'S OFFICE,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal (DE 87) filed herein by Plaintiff Randon P. Campbell and Defendant Broward Sheriff's Office, which the Court construes as a Stipulation Of Dismissal With Prejudice.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation Of Dismissal (DE 87) filed herein by Plaintiff Randon P. Campbell and Defendant Broward Sheriff's Office, which the Court construes as a Stipulation Of Dismissal With Prejudice, be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   2nd   day of May, 2011.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel of Record